Pro Se 15 2016

```
_____ FILED         _____ LODGED
              _____ RECEIVED
         OCT 01 2020
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Brandon R Stephenson

Plaintiff(s),

v.

Kitsap County

WellPath

Defendant(s).

CASE NO. 3:20-cv-05993-BHS
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☑ Yes ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Brandon Stephenson |
| Street Address | 3814 Eckmansville Rd |
| City and County | Winchester   Adams |
| State and Zip Code | OH, 45697 |
| Telephone Number | 360-368-3757 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Kitsap County |
| Job or Title *(if known)* | Risk Management |
| Street Address | 614 Division St |
| City and County | Port Orchard   Kitsap |
| State and Zip Code | WA, 98366 |
| Telephone Number | 360-337-7101 |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Jonathan Ballard |
| Job or Title *(if known)* | Lawyer for WellPath |
| Street Address | 1325 Fourth Avenue, Suite 1500 |
| City and County | Seattle  King |
| State and Zip Code | WA, 98101 |
| Telephone Number | 203-800-2731 |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

☐ Individual capacity   ☑ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

Defendant No. 4

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    ☐ Individual capacity     ☐ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☒ No     ☐ Yes     If yes, how many? _____

Describe the lawsuit:

_____

_____

_____

_____

Parties to this previous lawsuit:

_____

_____

_____

_____

Plaintiff(s)

_____

_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

1 _____

2 _____

3 Defendant(s)

4 _____

5 _____

6 _____

7 _____

8 (*If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary*)

9 Court and name of district:

10 _____

11 Docket Number: _____

12 Assigned Judge: _____

13 Disposition: (*For example, was the case dismissed as frivolous or for failure to state a

14 claim? Was it appealed? Is it still pending?*)

15

16 _____

17 _____

18 Approximate filing date of lawsuit: _____

19 Approximate date of disposition: _____

20

21                       **III.   BASIS FOR JURISDICTION**

22 Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

23 rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Se 15 2016*

1  *v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may
2  sue federal officials for the violation of certain constitutional rights.

3  A.   Are you bringing suite against *(check all that apply)*:

4  ☐   Federal officials (a *Bivens* claim)

5  ☑   State or local officials (a § 1983 claim)

6  B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or
7       immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are
8       suing under section 1983, what federal constitutional or statutory right(s) do you claim
9       is/are being violated by state or local officials?

10  **The Eighth Amendment of the Constitution**
11  **Cruel and Unusual Punishment**

12
13

14  C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional
15       rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are
16       being violated by federal officials?

17
18
19
20

21  D.   Section 1983 allows defendants to be found liable only when they have acted "under
22       color of any   statute, ordinance, regulation, custom, or usage, of any State or Territory
23       or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983,
24       explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Jail medical staff was alerted of my medical conditions and medications I took by myself and my mother. They refused to provide me my medication. WellPath was the medical company contracted outside of Kitsap County Jail. Honorable Judge did not order proper medical treatment from anyone who worked in the jail.

### IV.  STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Kitsap County was in charge of ensuring WellPath, formerly known as Correct Care Solutiosn did their job to the fullest extent within guidelines of the law. They were supposed to

**Continue Attachment 1**

A. Where did the events giving rise to your claim(s) occur?
**Kitsap County Jail in WA**

B. What date and approximate time did the events giving rise to your claim(s) occur?
**January 7th, 2016 - June 14th, 2016**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Not provided medical treatment nor fair judgement given circumstances by the Judge. WellPath did not provide medical treatment, nor did they set up an appointment with a specialist in a proper time. I was the only one involved in this incident, however as what I understand there was several

*Pro Se 15 2016*

others who had the same issue. Brian Uhlman, Andrew Tobler, and Daniel Lang are witnesses

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

I now have Traumatic Brain Injury, PTSD, anxiety, psychosis, Tinnitus and floaters in my eyes.

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

I am claiming $750,000.00 in Damages against Kitsap County for their lack of monitoring and allowing me to be permanently hurt $1,000,000.00 against WellPath for Civil Rights violation of the Eighth Amendment by withholding medical treatment that was needed.

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

| | | |
|---|---|---|
| 1 | I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. | |

Date of signing: 09-29-2020

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Brandon R. Stephenson

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

FILED ___ LODGED
___ RECEIVED
OCT 01 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

Attachment 1.

1. monitor and audit WellPath in every aspect to ensure that each inmate at
2. the jail received proper treatment and they did not. Because they did not
3. do their job, they allowed continued mistreatment from WellPath.
4. I was not given my medication for Tourette's and Epilepsy which
5. are chronic conditions and it was clear that I had these conditions.
6. There is documentation of me alerting medical staff and my mother even
7. called and let them know of my medical conditions and medications I
8. was taking. Accordingly, medical staff tried to get medical documents
9. but were unable to find any, however my Lawyer, Kimberly Sloan from
10. the Kitsap County Public Defender's Office found them with no problem
11. and provided a copy to the medical staff. They still refused to provide
12. me my medication and medical treatment. On February 8th, 2016 I was
13. found in my cell on the floor unconscious with a pool of blood around
14. my head by my roommate, Brian Uhlman. I met Brian at Monroe
15. Correction Complex, Minimum Security Unit in August of 2019
16. before he left. He said he knew me, but I did not know him and he
17. explained to me what happened in the Kitsap County Jail. A month
18. later, a person by the name of Andrew Tobler seen me when he moved
19. on the tier that I was living in. He confirmed everything I was told by
20. Brian Uhlman. Both said they seen the mistreatment that was going on.
21. Andrew Tobler said there was a man by the name of Daniel Lang
22. who also was a witness to the mistreatment. Brian said that when he
23. found me on the floor in the cell, he alerted guards and they came in
24. and locked the place down. He said they were in there for 20 seconds
25. and then he heard them calling for Medical for an emergency. He said
26. from that point, it took Medical 10 minutes to get down to where we
27. were. He said medical was in there for 5 minutes and then a team
28. of EMT's were there taking me on a stretcher to a hospital. He said I was returned
29. that night, but was calmer, not shaking my head from Tourette's but I was
30. unresponsive as like I was not there in person. He said from that day on
31. I was not the person who I was before the incident. Both Brian and
32. Andrew both confirm that the jail staff made me walk along the walls to get to where
33. I needed to go before they finally gave me a wheelchair after I came back from
34. Western State Hospital. Before Wester Sate Hospital they said I rarely came out
35. Of the room as I was unable to get around properly, and I didn't take showers because
36. I could not. There is no record of this incident in the Jail Records from the Medical
37. Staff, however, there is records from the hospital I was taken to. Furthermore, this
38. Medical company no longer works at the jail as their contract was terminated shortly
39. after this.

Brandon Stephenson
3814 Eckmansville Rd
Winchester, OH 45697

U.S. District Court
1717 Pacific Ave
Tacoma, WA 98402

98402-323499

FILED _____ LODGED
_____ RECEIVED

OCT 01 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

TACOMA WA 983
OLYMPIA WA
29 SEP 2020 PM 2 L

FOREVER / USA
FOREVER / USA