UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON R. STEPHENSON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KITSAP COUNTY, et al.<br><br>　　　　　　　　Defendants. | CASE NO. C20-5993 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　Plaintiff's *in forma pauperis* application, Dkt. 3, is **DENIED**;

(3)　This case is **DISMISSED without prejudice**; and

(4)　The Clerk shall enter JUDGMENT and close this case.

Dated this 20th day of January, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER