# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON R. STEPHENSON,<br><br>                Plaintiff,<br><br>v.<br><br>KITSAP COUNTY, et al.,<br><br>                Defendants.. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C20-5993BHS |

☐     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Report and Recommendation is ADOPTED.

Plaintiff's *in forma pauperis* application is DENIED.  This case is DISMISSED without prejudice.

DATED:  January 20, 2021.

                                              William M. McCool
                                              Clerk

                                              Deputy Clerk