UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON R. STEPHENSON,<br><br>                Plaintiff,<br><br>   v.<br><br>KITSAP COUNTY and WELLPATH,<br><br>                Defendants. | CASE NO. C20-5993 BHS<br><br>ORDER |

This matter comes before the Court on Plaintiff Brandon R. Stephenson's Motion to Reopen Case, Dkt. 9.

The Court dismissed Stephenson's claims without prejudice on January 20, 2021, for failure to file an amended proposed complaint stating a cognizable claim. Dkt. 7. On September 15, 2022, Stephenson moved to reopen the case without explanation or support. Dkt. 9. The Court **DENIES** Stephenson's motion to reopen this matter. The Court dismissed his claims without prejudice, and he therefore may file a new complaint asserting the same claims.

**IT IS SO ORDERED.**

//

1   Dated this 4th day of October, 2022.

2

3

4   BENJAMIN H. SETTLE
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2